977 So.2d 910 (2008)
Ernestine FISHER-BARNES
v.
The STATE of Louisiana, THROUGH THE DEPARTMENT OF CULTURE, RECREATION, AND TOURISM.
No. 2008-CC-0050.
Supreme Court of Louisiana.
March 7, 2008.
In re Department of Culture, Recreation, and Tourism; Louisiana State of;  Defendant(s); Applying for Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. C, No. 570-312; to the Court of Appeal, Fifth Circuit, No. 07-C-993.
Denied.
TRAYLOR, J., would grant.